IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CONNIE L. CURRY,

    Plaintiff,

v.                              Civil Action No. 3:15cv85

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on November 9, 2015 (Docket No. 13), the plaintiff's OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Docket No. 14), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF MAGISTRATE DAVID J. NOVAK (Docket No. 17), and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The plaintiff's OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Docket No. 14) are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 13) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The plaintiff's MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, MOTION FOR REMAND (Docket Nos. 9 and 10) is denied;

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 12) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 21, 2016

2